DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00236-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




BASEL SLATTER,
§
 APPEAL FROM THE 273RD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


C & W ASSET ACQUISITION, L. L. C.,

APPELLEE
§
 SHELBY COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellant has met the requirements of Tex.
R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered September 24, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.















(PUBLISH)